

Seth D. Rigrodsky
Admitted in DE, NY

Timothy J. MacFall
Admitted in NY

Gina M. Serra
Admitted in DE, NJ, NY, PA

Marc A. Rigrodsky
Admitted in CT, DC

Herbert W. Mondros
Admitted in DE, PA

Vincent A. Licata
Admitted in NY

www.rl-legal.com

February 11, 2021

> Application granted. The initial pre-trial conference is hereby adjourned until March 19, 2021 at 10:45 a.m.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> February 12, 2021

<u>Via ECF</u>

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Ciccotelli v. Callaway Golf Company</u>, Case No. 1:20-cv-10896-RA

Dear Judge Abrams:

We write on behalf of the parties in the above-captioned action (the "Action"). The parties are exploring a potential resolution of the Action and hereby respectfully request, pursuant to Your Honor's *Individual Rules & Practice in Civil Cases*, a thirty-day adjournment of the initial status conference currently scheduled for February 19, 2021 at 12:15 p.m.

There have been no prior requests for adjournment of the initial status conference in this Action.

Respectfully Submitted[1],

| **LATHAM & WATKINS LLP** | **RIGRODSKY LAW, P.A.** |
|---|---|
| */s/ Adam Shamah* | By:  */s/ Timothy J. MacFall* |
| Adam Shamah | Seth D. Rigrodsky |
| 885 Third Avenue | Timothy J. MacFall |
| New York, NY 10022 | Gina M. Serra |
| Telephone: (212) 906-4567 | 825 East Gate Boulevard, Suite 300 |
| Email: adam.shamh@lw.com | Garden City, NY 11530 |
| | Telephone: (516) 683-3516 |
| | Email: sdr@rl-legal.com |
| | Email: tjm@rl-legal.com |
| | Email: gms@rl-legal.com |

---

[1] Plaintiff uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

300 Delaware Avenue | Suite 210
Wilmington, Delaware | 19801
T 302.295.5310

825 East Gate Boulevard | Suite 300
Garden City, New York | 11530
T 516.683.3516



The Honorable Ronnie Abrams
February 11, 2021
Page 2



Kristin Murphy (*pro hac vice forthcoming*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92627
Telephone: (714) 755-8287
Email: kristin.murphy@lw.com